IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable R. Brooke Jackson

Civil Action No. 12-cv-01699-RBJ

A PDX PRO COMPANY, INC., an Oregon Corporation,

Plaintiff,

v.

DISH NETWORK, LLC, a Nevada limited liability company and
DISH NETWORK SERVICE, LLC, a Colorado limited liability company,

Defendants.

ORDER SETTING TRIAL AND FINAL PRETRIAL/TRIAL PREPARATION CONFERENCE

This matter has been scheduled for a **10-day jury trial** on the docket of Judge R. Brooke Jackson in the U.S. District Courthouse, Courtroom A902, 9th Floor, 901 19th Street, Denver, Colorado, to commence on **January 27, 2014 at 9:00 a.m.**

A Final Pretrial/Trial Preparation Conference is set for **December 16, 2014 at 8:00 a.m.** Counsel who will try the case shall attend in person.

During the Final Pretrial/Trial Preparation Conference the parties should be prepared to address: jury instructions, jury selections, witnesses and evidence, anticipated evidentiary issues, stipulations as to fact, and any other issue affecting the duration or course of the trial. Proposed jury instructions should be emailed to Jackson_chambers@cod.uscourts.gov at least 48 hours in advance of the Trial Preparation Conference.

For additional information, please review my practice standards located at www.cod.uscourts.gov/Judges/Judges.aspx.

DATED this 9th day of January, 2013.

BY THE COURT:

_____

R. Brooke Jackson
United States District Judge