# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Judge R. Brooke Jackson

Date:                April 4, 2013
Courtroom Deputy:    J. Chris Smith
Court Reporter:      Kara Spitler

_____

Civil Action No. 12-cv-01699-RBJ

A PDX PRO CO., INC., an Oregon Corporation,                    Richard A. Oertli

    Plaintiff,

v.

DISH NETWORK SERVICE, L.L.C.,                                  Darren E. Nadel
a Colorado Limited Liability Company,

    Defendant.

_____

## COURTROOM MINUTES
_____

**Oral Argument**

**7:58 a.m.      Court in session.**

Court's preliminary remarks and entry of appearances by counsel.

8:01 a.m.        Argument by Mr. Oertli [40].

Mr. Nadel answers a question asked by the Court.
Further argument by Mr. Oertli.
Mr. Oertli states plaintiff will stand on the pleadings filed on record [23] with respect to defendant's motion [22].

8:45 a.m.        Argument by Mr. Nadel [22], [40] and [41].

9:11 a.m.        Rebuttal argument by Mr. Oertli.

Court states it will take a short recess.

**9:17 a.m.      Court in recess.**
**9: 35 a.m.     Court in session.**

**Court makes oral findings of fact and conclusions of law as stated on record.**

April 4, 2013
12-cv-01699-RBJ

**ORDERED:** **Defendant's Motion to Dismiss Plaintiff's Declaratory Judgment Claim Pursuant to Fed. R. Civ. P. 12(b)(6), [22], is granted.**

**Plaintiff's Motion for Leave to File Second Amended Complaint Joining Dish Network, LLC as a Defendant, [40], is granted.**

**Plaintiff's Supplemented Conferral re Motion for Leave to File Second Amended Complaint Joining Dish Network, LLC as a Defendant, [41], is granted.**

**Second Amended Complaint is not accepted for filing but Plaintiff shall file a Third Amended Complaint as requested on record by April 18, 2013 (14 days).**

**Case is stayed pending completion of arbitration as defined with respect to its scope as stated on record and counsel shall file a written decision from the arbitrator by June 3, 2013 (60 days).**

**Scope of arbitration is limited as stated on record (scope of retailer agreement).**

**9:48 a.m.** **Court in recess.**

Hearing concluded.  Total time: 1 hr. 28 min.