IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action:   12-cv-01699-RBJ-CBS | FTR - Reporter Deck-Courtroom A402 |
| Date:            November 19, 2013 | Courtroom Deputy:    Courtni Covington |

*Parties:*                                          *Counsel:*

A PDX PRO CO. INC.,                       William C. Groh, III
                                                      Richard A. Oertli

     Plaintiff,

v.

DISH NETWORK SERVICE, LLC,        Jennifer S. Harpole
                                                      Michelle L. Gomez
     Defendant.                            William E. Trachman

---

## COURTROOM MINUTES/MINUTE ORDER

---

**HEARING:   TELEPHONIC STATUS CONFERENCE**
**Court in session:       2:35 p.m.**
Court calls case.  Appearances of counsel.

The court addresses counsel regarding **Defendant's Motion to Modify the Scheduling Order** [Doc. No. 111] and notes the Trial date given by District Judge R. Brooke Jackson.

Discussion between the court and parties regarding extending the discovery deadline in the case and what discovery would be pursued if the extension was granted.

The court notes if it was inclined to extend discovery, it would do so as to both sides.  Counsel for Defendant states that if discovery would be re-opened for both sides, they would like to withdraw their Motion.

The court advises the parties that the discovery cut-off has past and the dispositive motion deadline will remain at December 16, 2013.

**ORDERED:**          ***Defendant's Motion to Modify the Scheduling Order to Extend the Discovery Deadline for the Limited Purpose of Deposing Witnesses Danley and Wassmann and to Extend the Dispositive Motion Deadline*** [Doc. No. 111, filed 11/08/2013] is **DENIED as withdrawn**.

Discussion regarding the purpose of **Defendant's Motion for Reconsideration of the Court's Directive to Withdraw Subpoena to Mr. Terrence Slominksi** [Doc. No. 110].  The court clarifies that it did not issue an Order to withdraw the subpoena so counsel are not required to do so.

For the reasons stated on the record, it is

**ORDERED:**          *Defendant's Motion for Reconsideration of the Court's Directive to Withdraw Subpoena to Mr. Terrence Slominksi* [Doc. No. 110, filed 11/08/2013] is **DENIED**.

Discussion between the court and the parties regarding preservation depositions and the parties' issue that the case will take longer to try than the 5 days currently allotted .  The court advises that counsel will have to address that issue with District Judge R. Brooke Jackson.

HEARING CONCLUDED.
**Court in recess:          3:08 p.m.**
Total time in court:     00:33

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.