**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No:  12-CV-01699-RBJ-CBS

A PDX PRO Co., Inc.,

                    Plaintiff,

v.

DISH NETWORK SERVICE, LLC.

                    Defendant.

_____

**EXPEDITED MOTION TO WITHDRAW AS PLAINTIFF'S COUNSEL**

_____

Attorneys, William C. Groh of The Groh Law Firm, PLLC ("Groh") and Wes P. Wollenweber of Ciancio Ciancio Brown, P.C. ("Wollenweber") jointly move the Court for permission to withdraw as Plaintiff's counsel pursuant to D.C.COLO.LAttyR 5(b), based on the following grounds:

1.       Groh and Wollenweber, along with Richard A. Oertli, are currently co-counsel for Plaintiff in this matter.

2.       Pursuant to D.COLO LR 7.1A, undersigned counsel, Groh and Wollenweber, have discussed this request to withdraw as Plaintiff's counsel with Defendant's counsel.  Defendant's counsel has indicated that Defendant does not oppose the motion, provided certain conditions are met to protect from being prejudiced.  Defendant's counsel has indicated Defendant will file a statement regarding its position no later than Friday, December 13, 2013.

3.       Groh and Wollenweber have also conferred with Richard A. Oertli, counsel for the Plaintiff.  Mr. Oertli cannot advise, at this time, as to his future status as Plaintiff's counsel.

4.      Groh and Wollenweber have reached irreconcilable differences with Plaintiff's primary representative.

5.      Groh and Wollenweber have tried to resolve such irreconcilable differences with Plaintiff's representative but are unable to do so and have determined that such differences make it impossible to continue as Plaintiff's co-counsel.

6.      Groh and Wollenweber request an *in camera* review of this Motion with either a Magistrate Judge or an Article III Judge not assigned to this case, in order to discuss any matters that would help the Court make a determination concerning the relief sought in this Motion.

7.      Because of immediate deadlines quickly approaching on this case, Groh and Wollenweber deem this Motion to be time sensitive.

8.      Plaintiff's primary representative opposes Groh and Wollenweber's request to withdraw as Plaintiff's counsel.

        WHEREFORE, attorneys William C. Groh and Wes P. Wollenweber jointly seek an Order granting both counsel permission to withdraw as counsel for Plaintiff in this matter, and for any other relief the Court deems warranted.

        Respectfully submitted this 11th day of December 2013.


        */s/ William C. Groh*
        William C. Groh
        The Groh Law Firm, PLLC
        12600 Colfax Ave., Suite C-400
        Lakewood, CO  80215
        Office: 720-525-4764
        Fax: 303-265-9112

  */s/ Wes P. Wollenweber*
Wes P. Wollenweber, #30573
Ciancio Ciancio Brown, P.C.
8001 Arista Place, Suite 400
Broomfield, CO  80021
Office: 303-451-0300
Fax: 303-280-0614

## CERTIFICATE OF FILING & SERVICE

I hereby certify that on December 11th, 2013, I caused the foregoing **EXPEDITED MOTION TO WITHDRAW AS PLAINTIFF'S COUNSEL** to be filed electronically with the court through ECF, which will send a notification of such filing to the following attorneys below, was sent to Plaintiff by E-mail, and will be sent by Federal Express to Plaintiff on December 12, 2013 as addressed below:

Michael Paxton
Brooke Paxton
A PDX PRO Co., Inc.
7917 SW Nimbus Ave.
Beaverton, Oregon, 97008

Darren E. Nadel
Alyson Alexis Smith
Jennifer S. Harpole
William E. Trachman
Michele L. Gomez
Littler Mendelson, PC
1900 16th Street
Suite 800
Denver, CO 80202
Tel: 303-629-6200
Fax: 303-629-0200
Email: dnadel@littler.com
       aasmith@littler.com
       jharpole@littler.com
       wtrachman@littler.com
       mgomez@littler.com

Richard Roberto Olsen
The Olsen Law Firm, P.C.
10330-G Lake Road
Houston, TX 77070
281-655-0005
Email: rolsen@olsen-law.com

Richard A. Oertli, Esq.
12298 Powhatan Trail
Conifer, CO 80433
Email: dickoertli@gmail.com

Wes P. Wollenweber
Ciancio Ciancio Brown, P.C.
8001 Arista Place, Suite 400
Broomfield, CO 80021
Tel: 303-451-0300
Fax: 303-280-0614
Email: weswollenweber@colo-law.com

  */s/ William C. Groh*
William C. Groh

3