IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-CV-01699-RBJ-CBS

A PDX PRO CO., INC.,
an Oregon corporation

       Plaintiff,

v.

DISH NETWORK SERVICE, LLC,
a Colorado limited liability company

       Defendant.

---

**DEFENDANT'S STATEMENT OF POSITION REGARDING PDX COUNSEL'S MOTION TO WITHDRAW**

---

As the Court is aware, counsel for PDX, Mr. William C. Groh of The Groh Law Firm, and Mr. Wes Wollenweber from the law firm of Ciancio Ciancio Brown, P.C., filed their Expedited Motion to Withdraw as Plaintiff's Counsel ("the Motion") on December 11, 2013. Citing irreconcilable differences, counsel requests that the Court grant both counsel permission to withdraw as counsel for Plaintiff in this matter, and for any other relief the Court deems warranted. While DNS has no desire to see lawyers in our community serve clients with whom they cannot work optimally, the posture of this case requires that DNS clarify its position as to the Motion.

First, as DNS has previously mentioned during status conferences with the Court, it intends to file a comprehensive, detailed Motion for Sanctions based on PDX's repeated failures to comply with the Court's discovery orders as to Interrogatory No. 4. Separately, and consistent

with the deadline for dispositive motions contained in the Scheduling Order, DNS intends to file its Motion for Summary Judgment on December 16, 2013. PDX's Opposition—if it intends to file one—will require substantial knowledge of the parties' business relationship and the large number of documents and recorded phone calls produced in the case.

Second, although PDX is generally entitled to its choice of counsel, that counsel must be aware of relevant ethical duties, established court procedures, and the Rules associated with litigating cases in federal court. *See, e.g.*, Fed. R. Civ. P. 26(g); 10-10-13 M. Paxton Affidavit, attached as Exhibit 1 to PDX's Opposition to DNS's Motion to Compel [Dkt. #94-1.]

Third, while counsel have conferred regarding the Motion for Summary Judgment and the Motion for Sanctions to be filed by DNS, the Motion, importantly, does not request an extension of the deadlines for PDX to respond to those contemplated motions. Moreover, DNS would oppose any future requests for extensions of time, if made on the basis of counsel's withdrawal, and would further oppose counsel's motion to withdraw if granting that motion would ultimately lead to an extension of deadlines on the basis of counsel's withdrawal.[1] *See* Transcript of October 17, 2013 Hearing (Mag. J. Shaffer), at 68:20-24 ("I don't want to leave you with the misguided notion that if you switch horses yet again that the Court's going to extend any deadline. Don't presume that you can switch lawyers as a way to avoid other legal obligations or to avoid deadlines.").

---

[1] PDX and DNS have conferred regarding the filing of a joint motion to move the existing March 31, 2014 trial date so as to accommodate a 10-day jury trial. But that Motion, when filed, will be based solely on the parties' needs regarding presentation of evidence at trial, as opposed to counsel's withdrawal. *See, e.g.*, 1/9/13 Scheduling Order ("Anticipated length of trial and whether trial is to the court or jury: The parties anticipate that it will take 10 days to try this case to a jury.").

Last, the Motion requests that an *in camera* hearing be conducted by a judge not assigned to this case, if such a hearing would assist the Court in ruling on the Motion. (Mot. at ¶ 6.) DNS objects to such a request to the extent that any hearing regarding this motion would be conducted *ex parte*.

Subject to the caveats above, DNS states that it does not oppose the Motion.

Respectfully submitted this 13th day of December, 2013.

*s/Darren E. Nadel*
Darren E. Nadel
Jennifer S. Harpole
Alyson A. Smith
Michelle L. Gomez
William E. Trachman
LITTLER MENDELSON, P.C.
1900 Sixteenth Street, Suite 800
Denver, CO 80202
Telephone: 303.629.6200
E-mail:  dnadel@littler.com
           jharpole@littler.com
           aasmith@littler.com
           mgomez@littler.com
           wtrachman@littler.com

**ATTORNEYS FOR DEFENDANT DISH NETWORK SERVICE, LLC**

# CERTIFICATE OF SERVICE

I hereby certify that on this 13 day of December, 2013, a true and correct copy of the foregoing **DEFENDANT'S STATEMENT OF POSITION REGARDING PDX COUNSEL'S MOTION TO WITHDRAW** was electronically filed and served via **CM/ECF** system which will send notification of such filing to the following. The duly signed original is on file at the offices of Littler Mendelson, P.C.

Richard A. Oertli, Esq.
12287 Powhatan Trail
Conifer, CO 80433
dickoertli@gmail.com

William C. Groh, III
The Groh Law Firm, P.C.
12600 Colfax Avenue, Suite C-400
Lakewood, CO 80215
wcgroh@gmail.com

Wes P. Wollenweber
Kyle C. Kreischer
Ciancio Ciancio Brown, P.C.
8001 Arista Place, Suite 400
Broomfield, CO 80021
weswollenweber@colo-law.com
kylekreischer@colo-law.com
lesleebalten@colo-law.com

*s/Pat Bissonnette*
Pat Bissonnette

Firmwide:124539485.2 054850.1012

4