IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action:   12-cv-01699-RBJ-CBS | FTR - Reporter Deck-Courtroom A402 |
| Date:              December 30, 2013 | Courtroom Deputy:   Courtni Covington |

*Parties:*                                                                    *Counsel:*

A PDX PRO CO. INC.,                                         Richard A. Oertli
                                                                              William C. Groh, III
        Plaintiff,                                                        Wes P. Wollenweber

v.

DISH NETWORK SERVICE, LLC,                       Darren E. Nadel
                                                                              Alyson A. Smith
                                                                              Michelle L. Gomez
        Defendant.                                                   William E. Trachman

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING:   MOTION HEARING**
**Court in session:       1:25 p.m.**
Court calls case.  Appearances of counsel.  Michael Paxton appears as representative for Plaintiff.

This matter is before the court regarding Plaintiff's **Expedited Motion to Withdraw as Plaintiff's Counsel** [Doc. No. 120].

The court notes **Defendant's Motion for Sanctions for Disobedience of Prior Court Orders** [Doc. No. 123] and **Defendant's Motion to Strike Timothy Danley's "Amendment to Deposition"** *Errata* **Sheet** [Doc. No. 137] have also been referred but are not yet fully briefed.

Discussion between the court and Mr. Oertli regarding if any discovery remains to be completed in the case and an issue with respect to Defendant's production of documents.  The court notes the discovery deadline has passed and advises that counsel may file a motion, but if that motion is denied then it will have to impose sanctions.

Mr. Oertli advises the court that it is his intention to remain as counsel of record for Plaintiff in the case and notes A PDX Pro Co., Inc. opposes the withdrawal of Mr. Wollenweber and Mr. Groh.

Discussion between the court, Mr. Groh, and Mr. Wollenweber regarding its concerns with their withdrawal from the case while briefing is not complete on the pending Motions.

Mr. Wollenweber requests an in camera discussion with the court to discuss their *Motion to Withdraw* off the record.  The court denies counsel's request and further addresses its concern with allowing them to withdraw in light of the current status of the case.

The court addresses Mr. Groh and Mr. Wollenweber regarding moving forward in the case and notes once briefing on the pending motions is complete, counsel may choose to revisit the issue.

For the reasons stated on the record, it is

**ORDERED:** Plaintiff's *Expedited Motion to Withdraw as Plaintiff's Counsel* [Doc. No. 120, filed 12/11/2013] is **DENIED without prejudice.**

The court advises that while denying the *Motion to Withdraw,* it is not intending in any way to suggest that Mr. Groh or Mr. Wollenweber, to the extent they remain as counsel of record, are required to, nor does the court expect them to engage in any conduct that would violate the Code of Professional Conduct.

Discussion between the court and Mr. Oertli regarding counsel for Plaintiff jointly responding the pending Motions in the case.

The court addresses the parties regarding Defendant's Interrogatory No. 4 as the remaining discovery issue.

Mr. Oertli requests five additional days to respond to the Motion for Sanctions and the Motion for Summary Judgment. The court states it will not grant an extension of that deadline. The court clarifies the deadline for Plaintiff to file their Responses is January 6, 2014.

Discussion between the court and Defense counsel regarding their position with respect to Interrogatory No. 4 and their *Motion for Sanctions*.

The court reiterates once Response briefs have been filed, Mr. Groh's and Mr. Wollenweber may renew their *Motion to Withdraw* for reconsideration.

HEARING CONCLUDED.
**Court in recess:**     **2:21 p.m.**
Total time in court:     00:56

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.