IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE R. BROOKE JACKSON

Case No. 12-cv-001699-RBJ-CBS

A PDX PRO, CO., INC.,

    Plaintiff,

v.

DISH NETWORK SERVICE, LLC,

    Defendant.

---

ORDER REGARDING CUSTODY OF EXHIBITS AND DEPOSITIONS

---

    IT IS ORDERED that, at the conclusion of the trial on March 21, 2014, counsel for the parties shall retain custody of their respective exhibits and depositions until such time as all need for the exhibits and depositions has terminated and the time to appeal has expired or all appellate proceedings have been terminated plus sixty days.

    DATED at Denver, Colorado this 4th day of April, 2014.

BY THE COURT:

_____
R. Brooke Jackson, U.S. District Judge

APPROVED AS TO FORM:

_____    _____
ATTORNEY FOR PLAINTIFF    ATTORNEY FOR DEFENDANT