IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action:   12-cv-01699-RBJ-CBS | FTR - Reporter Deck-Courtroom A402 |
| Date:           April 25, 2014 | Courtroom Deputy:   Courtni Covington |

*Parties:*                                                              *Counsel:*

A PDX PRO CO. INC.,                                    Richard A. Oertli
                                                                            William C. Groh, III
    Plaintiff,                                                         Wes P. Wollenweber

v.

DISH NETWORK SERVICE, LLC,                   Darren E. Nadel
                                                                            Alyson A. Smith
    Defendant.                                                      Michelle L. Gomez

### COURTROOM MINUTES/MINUTE ORDER

**HEARING:   TELEPHONIC STATUS CONFERENCE**
**Court in session:     8:37 a.m.**

Court calls case. Appearances of counsel. Representative for Plaintiff, Michael Paxton, present by telephone. Counsel Scott F. Reese present with William C. Groh, and Wes P. Wollenweber. Ben Aisenberg present with Richard Oertli.

The court reviews the pending motions before the court and notes it will not address **Defendant's Application for Attorneys' Fees in Connection with Sanctions Orders** [Doc. No. 207] as it is not yet fully briefed.

Argument and discussion held regarding **Plaintiff's Motion to Stay Sanctions Hearing** [Doc. No. 205].

For the reasons stated on the record, it is

**ORDERED:**     *Plaintiff's Motion to Stay Sanctions Hearing* [Doc. No. 205, filed 4/11/2014] is **GRANTED**.

Discussion between the court and counsel regarding the impact of the court's ruling on Doc. No. 207.

**ORDERED:**     A Telephonic Status Conference is set for **Friday, May 30, 2014 at 1:00 p.m.**

All briefing on *Defendant's Application for Attorneys' Fees in Connection with Sanctions Orders* [Doc. No. 207] shall be **STAYED**.

The court notes depending on District Judge R. Brooke Jackson's actions between now and the hearing on May 30, 2014, the parties may revisit a briefing schedule with respect to Doc. No. 207 at the Status Conference.

Discussion held regarding **Plaintiff's Motion for Withdrawal of Richard A. Oertli from Reprsentation of Plaintiff PDX Pro** [Doc. No. 209]. Representative for Plaintiff, Michael Paxton, has no objection to Mr. Oertli's withdrawal from the case.

**ORDERED:** *Plaintiff's Motion for Withdrawal of Richard A. Oertli from Reprsentation of Plaintiff PDX Pro* [Doc. No. 209, filed 4/16/2014] is **GRANTED** subject to Mr. Oertli's acknowledgment that the court retains jurisdiction with respect to the authority to impose sanctions against him.

The court notes it will copy Mr. Oertli as to whatever orders are issued in the case.

HEARING CONCLUDED.
**Court in recess:      9:25 a.m.**
Total time in court:    00:48

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.