IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge R. Brooke Jackson

Civil Action No. 12-cv-01699-RBJ-CBS

A PDX PRO COMPANY, INC., an Oregon Corporation,

    Plaintiff,

v.

DISH NETWORK SERVICE, LLC,

    Defendant.

## ORDER

The case is before the Court on defendant's application for an award of attorney's fees. ECF No. 212. In its response the plaintiff argues that the amount requested should be substantially reduced, but it does not suggest a figure that it would consider to be reasonable or that it would pay. The Court directs the parties to set an evidentiary hearing in this Court on ECF No. 212. The Court also directs counsel and the parties to make another serious effort to resolve the matter, taking into account plaintiff's litigation practices and the ultimate lack of merit of its claims but also a realistic assessment of plaintiff's <u>documentable</u> ability to pay.

DATED this 24th day of October, 2014.

BY THE COURT:

_____
R. Brooke Jackson
United States District Judge

1