IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action: 12-cv-01699-RBJ-CBS | Date: January 23, 2015 |
| Courtroom Deputy: Amanda Montoya | FTR – Reporter Deck-Courtroom A402 |

*Parties:*               *Counsel:*

A PDX PRO CO., INC.,           Wes Wollenweber

Plaintiff,

v.

DISH NETWORK SERVICE, L.L.C., *et al.*,   Darren Nadel

Defendant.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: TELEPHONIC MOTION HEARING**
**Court in session: 09:02 a.m.**
Court calls case. Appearances of counsel.

Nancy Cohen, Scott Reese, and Bennett Aisenberg are present on behalf of interested parties.

This hearing comes before the Court in regards to *Defendant's Application for Attorneys' Fees in Connection with Sanctions Orders [207]*. Discussion regarding pending motion before District Judge Jackson.

**ORDERED:**   *Defendant's Application for Attorneys' Fees in Connection with Sanctions Orders [207]* is **DENIED without prejudice.** Defendant is given leave to re-file the motion after any hearings and or decisions by District Judge Jackson.

HEARING CONCLUDED.

**Court in recess: 09:29 a.m.**
Total time in court: 00:27

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.