IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| | |
|---|---|
| Civil Action:    12-cv-01699-RBJ | Date:  March 5, 2015 |
| Courtroom Deputy:    Julie Dynes | Court Reporter: Kara Spitler |

| *Parties* | *Attorney(s)* |
|---|---|
| A PDX PRO CO., INC **Plaintiff** | Wes P. Wollenweber |
| v. | |
| DISH NETWORK SERVICES, LLC **Defendant** | Darren E. Nadel<br>Alyson A. Smith |

## COURTROOM MINUTES

### EVIDENTIARY HEARING

Court in Session: 9:11 a.m.

Discussion held on [241] Third Motion to Withdraw as Plaintiff's Counsel.

**ORDERED:   [241] Third Motion to Withdraw as Plaintiff's Counsel is GRANTED. William Groh allowed to withdraw as counsel for the plaintiff.**

Appearance of counsel.  Client representative present via telephone.

Defendant's witness, Darren Nadel, called and sworn.

| | |
|---|---|
| 9:17 a.m. | Direct examination of Mr. Nadel by Ms. Smith.<br>**Exhibits 1 (E), 17 and 22 are admitted.** |
| **10:40 a.m.** | **Court in recess.** |
| **10:56 a.m.** | **Court in session.** |
| 10:56 a.m. | Continued direct examination of Mr. Nadel by Ms. Smith. |
| **11:35 a.m.** | **Court in recess.** |
| **11:42 a.m.** | **Court in session.** |

11:43 a.m.        Cross examination of Mr. Nadel by Mr. Wollenweber.

**12:02 p.m.        Court in recess.**
**1:01 p.m.         Court in session.**

1:01 p.m.         Continued cross examination of Mr. Nadel by Mr. Wollenweber.

**1:54 p.m.         Court in recess.**
**2:30 p.m.         Court in session.**

Argument given on motion.

ORDERED:   **[212] Defendant's Application for Attorneys' Fees and Costs Under the 2009 Installation Services Agreement is TAKEN UNDER ADVISEMENT, written order to issue.**

Court in Recess: 3:01 p.m.            Hearing concluded.            Total time in Court:  03:52